IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE NORTHERN TRUST COMPANY and AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, | ) ) ) ) | FILED: JULY 1, 2008 08CV3765 JUDGE MANNING MAGISTRATE JUDGE BROWN |
| Plaintiffs, | ) Case No. | |
| v. | ) ) | |
| KIDDER, PEABODY & CO., INC., | ) ) | TC |
| Defendant. | ) | |

**Local Rule 3.2 Notification of Affiliates**

Plaintiffs, The Northern Trust Company and American Casualty Company of Reading, Pennsylvania, by their attorney and pursuant to Local Rule 3.2 hereby make the following notification of affiliates:

1.      Plaintiff The Northern Trust Company states that its parent corporation is Northern Trust Corporation, which is a publicly held entity.  As of January 1, 2008, Barclays Global Investors, NA and certain of its affiliates beneficially own 15,833,324 shares or 7.2% of the outstanding common stock of Northern Trust Corporation in trust accounts for the economic benefit of the beneficiaries of those accounts.  They hold sole voting power over 13,782,393 shares or 6.25% of the outstanding common stock of Northern Trust Corporation and sole investment power over 15,833,324 shares or 7.2% of the outstanding common stock. Barclays Global Investors, NA itself beneficially owns 11,449,058 shares or 5.2% of the outstanding common stock of Northern Trust Corporation.  No affiliate of Barclays Global Investors, NA individually beneficially owns more than 1% of the outstanding common stock of Northern Trust Corporation.

In addition, as of January 1, 2008, the The Northern Trust Corporation and its affiliates individually acted as sole or co-fiduciary with respect to trusts and other fiduciary accounts which owned, held or controlled through intermediaries in the aggregate 23,558,563 or 10.68%

of the outstanding common stock of Northern Trust Corporation over which the Northern Trust Corporation and its affiliates had, directly or indirectly, sole or shared voting power and/or sole or shared investment power. No single trust or other fiduciary account held a beneficial ownership interest in excess of 5%. Of these shares, the Northern Trust and its affiliates had sole voting power with respect to 12,501,073 shares or 5.67% of the outstanding common stock of Northern Trust Corporation. They had sole investment power with respect to 3,641,222 shares or 1.65% of the outstanding common stock., and they shared investment power with respect to 12,966,800 shares or 5.88% of the outstanding common stock of Northern Trust Corporation.

Northern Trust Corporation directors and employees as a group beneficially owned over 11% of Northern Trust Corporation's stock as of January 1, 2008.

2. American Casualty Company of Reading, Pennsylvania is a wholly-owned subsidiary of Continental Casualty Company. Continental Casualty Company is a wholly-owned subsidiary of The Continental Corporation. The Continental Corporation is a wholly-owned subsidiary of CAN Financial Corporation. CNA Financial Corporation is a publicly-held company, of which 89 percent of its shares are owned by Loews Corporation. Loews Corporation is a publicly-held company.

    Respectfully submitted,

    THE NORTHERN TRUST COMPANY and
    AMERICAN CASUALTY COMPANY OF
    READING, PENNSYLVANIA

    By:   /s/ Gerald G. Saltarelli
         One of Their Attorneys

Gerald G. Saltarelli - #2445328
David Winters - #6278729
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street
Suite 1800
Chicago, Illinois 60602-4257
312-444-9660

421677v1