AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

THE NORTHERN TRUST COMPANY and
AMERICAN CASUALTY COMPANY OF
READING, PENNSYLVANIA

V.

KIDDER, PEABODY & CO., INC.

CASE NUMBER: 08CV3765

ASSIGNED JUDGE: JUDGE MANNING

MAGISTRATE JUDGE BROWN

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

KIDDER, PEABODY & CO., INC.
c/o of Registered Agent: Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald G. Saltarelli
John David Winters
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street, Suite 1800
Chicago, Illinois 60602-4257

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

J. Cervantes
----------------------------------------
(By) DEPUTY CLERK

July 1, 2008
----------------------------------------
Date

# Affidavit of Process Server

The Northern Trust Company etal. / **PLAINTIFF/PETITIONER** vs Kidder, Peabody + Co. / **DEFENDANT/RESPONDENT** — 08CV3765 / **CASE #**

Being duly sworn, on my oath, I __AARON Willoughby__, declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Kidder, Peabody and Co Inc.__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☑ __Summons and Complaint, Local Rule 3.2 notification of Affiliates__

by serving (NAME) __Wanda Massey IL Corporation Service Co Reg Agent__
at ☐ Home __Authorize To Accept Service__
☑ Business __33 N Lasalle St Chicago IL Ste 2320__
☑ on (DATE) __7-3-08__ at (TIME) __11:13 AM__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☑ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Wanda Massey__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) ___DATE TIME___, ( ) ___DATE TIME___, ( ) ___DATE TIME___, ( ) ___DATE TIME___, ( ) ___DATE TIME___

**Description:**
☐ Male     ☐ White Skin     ☑ Black Hair     ☐ White Hair     ☐ 14-20 Yrs.    ☐ Under 5'      ☐ Under 100 Lbs.
☑ Female   ☑ Black Skin     ☐ Brown Hair     ☐ Balding        ☐ 21-35 Yrs.    ☐ 5'0"-5'3"     ☐ 100-130 Lbs.
           ☐ Yellow Skin    ☐ Blond Hair                      ☐ 36-50 Yrs.    ☑ 5'4"-5'8"     ☑ 131-160 Lbs.
           ☐ Brown Skin     ☐ Gray Hair      ☐ Mustache       ☑ 51-65 Yrs.    ☐ 5'9"-6'0"     ☐ 161-200 Lbs.
☐ Glasses  ☐ Red Skin       ☐ Red Hair       ☐ Beard          ☐ Over 65 Yrs.  ☐ Over 6'       ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

SERVED BY
LASALLE PROCESS SERVERS

State of Illinois    County of Cook
Subscribed and sworn to before me, a notary public, this __10th__ day of __July__, 20__08__
NOTARY PUBLIC

OFFICIAL SEAL
BETZAIDA PEREZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-22-2010

NARPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.