# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| THE NORTHERN TRUST COMPANY and AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA | ) ) ) ) | Case No. 08-CV-3765 |
| Plaintiffs, | ) ) ) | Judge Blanche M. Manning<br>Magistrate Judge Geraldine Soat Brown |
| v. | ) ) | |
| KIDDER, PEABODY & CO., INC. | ) ) | |
| Defendant. | ) | |

## AGREED MOTION TO EXTEND TIME FOR
## DEFENDANT TO ANSWER OR OTHERWISE RESPOND

Defendant Kidder, Peabody & Co., Inc. ("Kidder"), with the agreement of The Northern Trust Company and American Casualty Company of Reading, Pennsylvania ("Plaintiffs"), hereby moves for an order extending the time for Kidder to answer or otherwise respond to Plaintiffs' Complaint in this matter. In support of this motion, Kidder states as follows:

1. Plaintiffs filed the Complaint in this action on July 1, 2008.

2. Counsel for the parties subsequently discussed the matter and have agreed that Kidder will have until September 8, 2008 to answer or otherwise respond to the Complaint.

WHEREFORE, Kidder respectfully requests that this Court enter an order granting it until September 8, 2008 to answer or otherwise respond to the Complaint.

Dated: August 1, 2008                    Respectfully submitted,


                                          /s/ Robert M. Spalding
                                         Anthony G. Stamato (ARDC #6207688)
                                         Robert M. Spalding (ARDC #6256701)
                                         KAYE SCHOLER LLC
                                         Three First National Plaza
                                         70 West Madison Street, Suite 4100
                                         Chicago, Illinois  60602-4231
                                         Tel: (312) 583-2300
                                         -and-
                                         Gregory J. Wallance (pending *pro hac vice* admission)
                                         KAYE SCHOLER LLP
                                         425 Park Avenue
                                         New York, New York 10022-3598
                                         Tel: (212) 836-8000
                                          (pro hac vice)

                                         *Attorneys for Kidder, Peabody & Co., Inc.*