IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE NORTHERN TRUST COMPANY and AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA | ) ) ) ) ) | Case No. 08-CV-3765 Judge Blanche M. Manning |
| Plaintiffs, | ) ) | Magistrate Judge Geraldine Soat Brown |
| v. | ) ) | |
| KIDDER, PEABODY & CO., INC. | ) ) | |
| Defendant. | ) | |

### NOTICE OF AGREED MOTION

TO: Gerald G. Saltarelli
David Winters
BUTLER RUBIN SALTARELLI & BOYD LLP
70 W. Madison Street, Suite 1800
Chicago, Illinois 60602

PLEASE TAKE NOTICE that on August 7, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Blanche M. Manning, or such other judge that may be sitting in her place and stead, in Courtroom 2125 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached **Agreed Motion to Extend Time for Defendant to Answer or Otherwise Respond**, a copy of which is hereby served upon you.

Dated: August 1, 2008                                     Respectfully submitted,


                                                                  /s/ Robert M. Spalding
                                                                 Anthony G. Stamato (ARDC #6207688)
                                                                 Robert M. Spalding (ARDC #6256701)
                                                                 KAYE SCHOLER LLC
                                                                 Three First National Plaza
                                                                 70 West Madison Street, Suite 4100
                                                                 Chicago, Illinois  60602-4231
                                                                 Tel: (312) 583-2300
                                                                 -and-
                                                                 Gregory J. Wallance (pending *pro hac vice* admission)
                                                                 KAYE SCHOLER LLP
                                                                 425 Park Avenue

29066692_V6.DOC

New York, New York 10022-3598
Tel: (212) 836-8000
 (pro hac vice)

*Attorneys for Kidder, Peabody & Co., Inc.*

## CERTIFICATE OF SERVICE

I, Robert M. Spalding, an attorney, certify that I caused this **Notice of Agreed Motion** and **Agreed Motion to Extend Time for Defendant to Answer or Otherwise Respond** to be filed electronically and served upon the counsel of record listed below via the Court's CM/ECF System on August 1, 2008.

    /s/ Robert M. Spalding
    Robert M. Spalding

Gerald G. Saltarelli
David Winters
BUTLER RUBIN SALTARELLI & BOYD LLP
70 W. Madison Street, Suite 1800
Chicago, Illinois 60602